LEE COTTON, RESPONDENT, v. N. NELSON KEEN ET AL.,
APPELLANTS.

Argued October 21, 1938—Decided January 13, 1939.

For the appellants, *Hobart, Minard & Cooper.*

For the respondent, *Frederick P. Schenck.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 12.

*For reversal*—HEHER, J. 1.